DAVISON, C. J., ARNOLD, V. C. J., and CORN, GIBSON, LUTTRELL, HALLEY, JOHNSON, and O'NEAL, JJ., concur.

STATE ex rel. SPRAGUE, Co. Atty., v. ONE PIN BALL MACHINE STYLED "MIDGET RACER" et al.

No. 34208.   Dec. 12, 1950.

*225 P. 2d 371.*

I. C. Sprague, Co. Atty., McCurtain County, of Idabel, for plaintiff in error.

Ed Shipp, of Idabel, for defendant in error.

PER CURIAM. The issues involved in the case at bar are controlled by State of Oklahoma ex rel. I. C. Sprague, County Attorney, v. One Pin Ball Machine, Styled "Nevada", No. 34205, 203 Okla. 652, 225 P. 2d 369, this day decided and the opinion therein disposes of the issues herein.

The cause is reversed and remanded in accordance with the directions in said cause No. 34205.

DAVISON, C.J., ARNOLD, V.C.J., and CORN, GIBSON, LUTTRELL, HALLEY, JOHNSON, and O'NEAL, JJ., concur.

STATE ex rel. SPRAGUE, Co. Atty., v. ONE PIN BALL MACHINE STYLED "BALLYHOO" et al.

No. 34209.   Dec. 12, 1950.

*225 P. 2d 371.*

I. C. Sprague, Co. Atty., McCurtain County, of Idabel, for plaintiff in error.

Ed Shipp, of Idabel, for defendant in error.

PER CURIAM. The issues involved in the case at bar are controlled by State of Oklahoma ex rel. I. C. Sprague, County Attorney, v. One Pin Ball Machine, Styled "Nevada", No. 34205, 203 Okla. 652, 225 P. 2d 369, this day decided, and the opinion therein disposes of the issues herein.

The cause is reversed and remanded in accordance with the directions in said cause No. 34205.

DAVISON, C.J., ARNOLD, V.C.J., and CORN, GIBSON, LUTTRELL, HALLEY, JOHNSON, and O'NEAL, JJ., concur.

STATE ex rel. SPRAGUE, Co. Atty., v. ONE PIN BALL MACHINE STYLED "KILROY" et al.

No. 34210.   Dec. 12, 1950.

*225 P. 2d 372.*

I. C. Sprague, Co. Atty., McCurtain County, of Idabel, for plaintiff in error.

Ed Shipp, of Idabel, for defendant in error.

PER CURIAM.   The issues involved in the case at bar are controlled by State of Oklahoma ex rel, I. C. Sprague, County Attorney, v. One Pin Ball Machine, Styled "Nevada", No. 34205, 203 Okla. 652, 225 P. 2d 369, this day decided, and the opinion therein disposes of the issues herein.

The cause is reversed and remanded in accordance with the directions in said cause No. 34205.

DAVISON, C.J., ARNOLD, V.C.J., and CORN, GIBSON, LUTTRELL, HALLEY, JOHNSON, and O'NEAL, JJ., concur.

THIEMAN v. MAY, Adm'r, et al.

No. 33844.   Dec. 12, 1950.

*225 P. 2d 356.*

Fred L. Patrick, Clyde T. Patrick, and Tom Wallace, all of Sapulpa, for plaintiff in error.

T. L. Blakemore, of Sapulpa, for defendants in error.

HALLEY, J.   Parties will be referred to either by name or as they appeared in the trial court.